UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )
                                   )     Case No. 24-cr-20054
            vs.                    )     Hon. Sean F. Cox
                                   )
MARTAZE DAVIS,                     )
                                   )
                    Defendant.     )
                                   )
_____/

## <u>INDEX OF EXHIBITS TO</u>

**DEFENDANT MARTAZE DAVIS' SENTENCING MEMORANDUM**

Exhibit 1     Letter of Rochonda Reynolds

Exhibit 2     Letter of Laura Johnson

Exhibit 3     Letter of Jim Jones III

Exhibit 4     Letter of Tachelle Harris

# Exhibit 1

Judge Sean F. Cox

Theodore Levin U.S. Courthouse

231 W. Lafayette Blvd., Room 8 29

Detroit, MI 48226


Dear Judge Sean Cox,

RE: Martaze Davis - Case 2:2-cr-20054

My name is Rochonda Reynolds and I am the fiancé and mother of 3 of Martaze Davis'
children. Thank you for your time today, as I am writing you in regards to Mr. Davis' upcoming
sentencing date with hopes that you could see the impact that his absence has made on his
family. Of our 3 children, our two oldest boys were both diagnosed with Autism at the age of 2
and 3 years old. Autism has a different effect on both of our children, some effects worse than
others. Our oldest son, Martaze Jr., is effected by Autism more severely than our younger son,
Makhi. Autism has created an oral, sensory issue within our oldest son Martaze Jr. At the age of
2 years old, Martaze declined to eat solid foods and would only allow pureed foods. For years he
would only eat applesauce, which resulted into us trying to add supplements into the applesauce
for added vitamins and nutrients. This backfired and resulted to Martaze completely refusing to
eat anything at all. Our son was seeing a new pediatrician whom had zero solutions to this issue,
as we went from appointment to appointment with no answers or solutions. In October of 2021,
Mr. Davis rushed Martaze Jr to emergency while I was on my way to the airport for a work trip.
Martaze Jr was not responsive at all, due to malnutrition and dehydration. Martaze Jr was
transported by ambulance to Children's Hospital Downtown Detroit where he underwent surgery

to have a feeding tube placed in his lower stomach. Until this day, Martaze Jr is fed through this feeding tube and will continue to do so until he starts to eat solid foods by mouth. Life changed drastically for us since this event. Martaze Jr was removed from his ABA therapy schedule due to him now having a feeding tube, and it has been almost impossible to find a clinic that will accommodate his feeding tube. Prior to Mr. Davis' departure, we finally found a clinic that would offer ABA therapy, as well as feeding therapy to Martaze Jr. He was able to attend for a few months, but recently we have had to part ways with the clinic, as our schedules are conflicting. Mr. Davis would transport Martaze Jr and our other son, Makhi to and from their therapy appointments while I was away for work and/or at school. I have tried Nanny services to accommodate with transportation needs, however the lack of hours that I need services for is not accommodating for them so I am continuously faced with denials. It has been almost one year since our sons have attended any sort of therapy to help with their Autism due to the lack of physical support that Mr. Davis once provided for our family. I am doing my very best to do hands on therapy myself on weekends with the children, however our youngest son has shown a lot of declining in many areas of behaviors and communication which have also caught the attention of his teachers. Mr Davis does also have an older child from a previous relationship whom is now 17 years old. Previously I wrote you a letter giving you the background of his oldest child when asking for a bond/home confinement for her sake. Since Martaze's departure, she has become a rebellious teenager which has now resulted into her dropping out of high school to become a teen mom. Becoming a Mom, let alone a teenage Mom is big decision that no one feels she is ready to tackle. She is currently between living with her Mom and Mr. Davis' Mother, whom is ill and unable to care for herself. His daughter has expressed how much her life

has changed since her Mr. Davis has been incarcerated and has even expressed thoughts of suicide. Several attempts of therapy have been made, however she has been without discipline and structure for a while and feels the need to be rebellious due to her being without her Father and back in the home with her Mother whom she does not have a great relationship with. In 2022, Mr. Davis was granted full physical and legal custody of his daughter with no visitation rights to her Mother at all. So this change has been very impacting on her and has resulted to her completely dropping out of school and now preparing to become a Mother with no real support physically or financially. I have made several attempts to place her into my household, but her Mother continues to verbally threaten me and cause chaos because she doesn't want her daughter to be raised by another woman that is not her. Our children are still at a young age where Mr. Davis is able to make a positive impact on their lives and help ensure they grow up to be the best that they can be. I am humbly asking that you please show mercy when sentencing Mr. Davis in his upcoming sentencing court date for the sake of our children. Mr. Davis has always been nothing but an outstanding Father to our children and we are hoping that he is able to grace our presence sooner than later to continue on being a great Father as our children grow older. We are also hoping that his presence will help get his daughter back on the right path in life, and help support his grandchild as she takes the necessary steps for success with her Father's physical support to help guide her. We thank you so much for your time and consideration, and we hope that you can see the impact that Mr. Davis has on his family that he created and how much his presence is needed.

# Exhibit
# 2

Judge Sean F. Cox

Theodore Levin U.S. Courthouse

231 W. Lafayette Blvd., Room 829

Detroit, MI 48226


Dear Judge Sean Cox,

RE: Martaze Davis - Case 2:24-cr-20054

      My name is Laura Johnson, and I am the Mother of Martaze Davis. I have been unable to attend any court hearings due to my health, but I am aware that my son pled guilty to a conspiracy charge. I am having assistance writing this letter to you today, as I am unable to do alot of simple things lately and my memory has declined. Shortly after my son turned himself into the courts, his stepfather (Shawn Johnson) suffered a stroke in May 2024. During this time, my grand daughter from Martaze was also in my custody due to her Mother's failure to retrieve her after she caused chaos to have her removed from Martaze's home with his fiancé and other children after he left. While caring for my husband and dealing with the stress and chaos that came with my granddaughter from Martaze's absence, I also found myself in the hospital shortly after my husband. Since the age of 30, I have successfully lived with diabetes with the help and care of my children ensuring that I am healthy. In 2019, I suffered a stroke after my grandson was killed just down the street from my home as he was walking from the gas station. This stroke didn't have any effects on my body, but my children (specifically Martaze) kept a close eye on me to make sure I was physically healthy by keeping up with my doctor visits and making sure I was eating healthy and not smoking cigarettes when he would visit my home daily.

However, in early June of 2024 I suffered not only one, but two strokes and a mild heartache. These strokes have and continue to effect my memory, speech, body balance, and weakness within the right side of my entire body. My husband's stroke has caused blindness in one eye, as well as high blood pressure. We were both forced to retire from our jobs and stay home to collect Social Security benefits to pay our bills. My daughters are both registered nurses that come over and take care of my husband and I, however they work long hours and both have families of their own. My son Martaze would visit me everyday and make sure I had everything I needed. Now that he is away, I am finding myself stressed and anxious thinking if I will ever see my son again due to his incarceration and my declining health. His daughter is in and out of my house because her Mother puts her out of her house every week and that causes stress on me. Now my grand daughter is pregnant and has decided to drop out of school to become a Mother at only 16 years old. This has added another level of stress onto my husband and I because she will end up in our home with a baby for us to help care for and we need help caring for ourselves. These are all things that would not be happening if Martaze was not incarcerated. Martaze had full custody of my grand daughter and she had a job and really good grades before he left. His absence has turned her life upside down and it has been nothing that I can do due to my health and the declining status of my husband's health. I am asking that you please take all of this into consideration when sentencing my son soon. Despite the allegations and charges brought before Martaze, my son is a great Father, brother and son and his family has been hindered tremendously since his absence. I would love to see my son free again before I leave this world, and I would love to see his younger children not be hindered like their big sister due to his

absence because he is a very hands on and active parent to all of his children. Thank you so much for your time!

# Exhibit 3

Judge Sean F. Cox

Theodore Levin U.S. Courthouse

231 W. Lafayette Blvd., Room 8 29

Detroit, MI 48226

Dear Judge Sean Cox,

RE: Martaze Davis - Case 2:2-cr-20054

     My name is Jim Jones III, and I am a childhood friend of Martaze Davis. I met Martaze in elementary school when we played football for the PAL league, and we have been friends since for about 20+ plus. Despite his record, Martaze is really good guy. I have had the honor of being by his side through all of his trials and tribulations to watch him prosper into a guy that is completely opposite of the person his history could have made him become. I went off to college in the state of Tennessee and returned home to start my own businesses here in Michigan. I have successfully created a children's clothing store that has been in business for almost 10 years now in the city of St. Clair Shores. Within these 10 years, I have organized many events where myself and other members of the city have joined forces to give back to the less fortunate. Each year there are different sponsors, including other business owners, media content creators, even NFL players, but Martaze is one sponsor that is present each year. These events consist of 'Coats for Kids' for the winter season, 'Adopting Families' for Christmas giving, and 'Easter Basket Giveways' for the holiday season. Martaze has shown his presence and been fully hands on with every event I have given with no hesitations or delays. Whether it is monetary donations, physically shopping for the cause, or even showing up to the doorsteps of the families in need,

Martaze has always been there. Martaze has not only been a force within my business events, but he has also been apart of my support system personally. I have a 17 year old step daughter whom has become friends with Martaze's daughter. When business started to pick up for me, I was faced with dilemmas within my household as I wasn't able to be as present as they needed me to. Martaze took it upon himself to enroll his daughter into the same school as my stepdaughter, which was outside of his school district. He did this so that he was able to help me with transporting my daughter back and forth to school while I opened and closed my business on a daily basis. I also have younger children that Martaze and his girlfriend help tend to while I operate business in the city. Again, they enrolled their younger children into the same daycare as my children which is further from their home in order to help me with transportation needs while I am working. There is nothing that Martaze would not and has not done for his loved ones. Unlike most younger guys from the city, he really is hands on and has a huge impact on his family and close loved ones. His absence has really been missed and will continue to be missed during this period of time. I have stepped in and stepped up to help with his children during his absence, as he has and would have done for me. However, it is only so much I can do as a friend when it comes to his children, especially with two of them having special needs. I seen his children on a daily basis, and I have seen the decline in social and behavioral areas that the boys have experienced since the departure of Martaze. He was the carpool parent for us all, so with his absence the boys haven't been able to utilize therapy as much as they once were able to. The lack of therapy has been making an impact on the boys from what I have seen and it breaks my heart to watch them decline. I know that their Mom is figuring something out so that they can get back into therapy, but in the meantime it has been a rough patch for us all. I am hoping you are able to

see the impact that Martaze has on his family and close loved ones and show mercy when sentencing him. Martaze still has a future of being a great Father to his children, and lessons that he is able to ensure his children don't make as they get older. I stand 100% with Martaze during his trials and tribulations, and from my family to you, we just hope and pray that you take all of this into consideration when sentencing him soon. Thank you so much for your time and consideration.

1/7/25, 4:11 PM                                          image2.jpeg



1/7/25, 4:12 PM                                        Image3.jpeg



1/7/25, 4:12 PM                                                    Image4.jpeg





# Exhibit 4

1/7/25, 4:11 PM                                    Image0.jpeg



Tachelle Harris
16705 15mile Rd
Fraser Mi, 48026
BeatDaOdds.org

Honorable Judge Sean F. Cox
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd., Room 829
Detroit, MI 48226

Re: Martaze Davis - Case 2:2-cr-20054

**Dear Judge Cox,**

I am writing to you Regarding Martaze Davis, whose character and circumstances I wish to
bring to your attention. On behalf of BeatDaOdds Organization and it is with great respect
that I submit this letter advocating for him. Martaze Davis is a devoted father to his children
and has consistently displayed a deep commitment to their well-being. Despite the
challenges he has faced, Martaze has demonstrated remarkable resilience and a strong
desire to provide a positive environment for his family. His dedication to his children is truly
commendable and serves as a testament to his character.His unwavering integrity, kindness,
and dedication to his family is remarkable.I believe that Martaze Davis has show immense
growth and is committed to making positive contributions to society.

As an organization dedicated to supporting individuals in their journey towards rehabilitation
and personal growth, BeatDaOdds stands ready to offer Martaze Davis the guidance and
resources he needs to make positive changes in his life. Through our programs and
services, we aim to empower individuals like Martaze to overcome obstacles and build a
brighter future for themselves and their loved ones.We believe that Martaze Davis has the
potential to make meaningful contributions to society and create a better life for himself and
his family.

Thank you
Should you require any further information or clarification, please do not hesitate to contact
me at (586) 668-4229or Email: BeatDaodds.org

**Sincerely,**
**Tachelle Harris**
**Administrative assistant**
**BeatDaOdds Organization**